CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JUNE 2018 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No.: 7:17-CR-00056 |
| | : |
| v. | : **SECOND SUPERSEDING** |
| | : **INDICTMENT** |
| MONTA ORLANDO JORDAN | : |
| a/k/a "Ghost" | : In violation of: |
| CLIFTON GUERRANT MYERS | : 21 U.S.C. § 846 |
| CHELSEA MARIE FRY | : 21 U.S.C. § 841(a)(1) |
| AMY NICOLE WHEELING | : 18 U.S.C. § 924(c)(1)(A) |
| | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 2 |

**COUNT ONE**

The Grand Jury charges that:

1. Beginning at a date unknown, but no later than early summer in 2016 and continuing to on or about March 14, 2018, in the Western Judicial District of Virginia, and elsewhere, the defendants, MONTA ORLANDO JORDAN, a/k/a "Ghost," CLIFTON GUERRANT MYERS, CHELSEA MARIE FRY and AMY NICOLE WHEELING, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and other persons not herein named, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute one or more controlled substances, to wit:

    a. 1000 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

1

    b. 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

    c. 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and

    d. 500 grams or more of a mixture and substance containing detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

2. All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The Grand Jury further charges that:

1. On or about August 1, 2017, in the Western District of Virginia, and elsewhere, the defendant, MONTA ORLANDO JORDAN, a/k/a "Ghost," attempted to knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

1. On or about August 5, 2017, in the Western Judicial District of Virginia and elsewhere, the defendants, MONTA ORLANDO JORDAN, a/k/a "Ghost," CLIFTON GUERRANT MYERS, and CHELSEA MARIE FRY, as a principal and as an aider and abettor, knowingly

and intentionally possessed with intent to distribute a controlled substance, to wit, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance.

2. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## COUNT FOUR

The Grand Jury further charges that:

1. On or about August 10, 2017, in the Western District of Virginia, and elsewhere, the defendant, MONTA ORLANDO JORDAN, a/k/a "Ghost," attempted to knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that:

1. On or about August 10, 2017, in the Western District of Virginia, and elsewhere, the defendant, MONTA ORLANDO JORDAN, a/k/a "Ghost," attempted to knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

The Grand Jury further charges that:

1. On or about July 12, 2017, in the Western District of Virginia, the defendant, MONTA ORLANDO JORDAN, a/k/a "Ghost," as a principal and as an aider and abettor, did knowingly possess a firearm, that being a Romarm/Cugir, model Mini Draco, 7.62 semi-automatic rifle and a German Sporting Guns, model GSG-522, .22 caliber semi-automatic rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in COUNT ONE of this SECOND SUPERSEDING INDICTMENT.

2. All in violation of Title 18, United States Code, Sections 924(c) and Title 18, United States Code, Section 2.

## COUNT SEVEN

The Grand Jury further charges that:

1. On or about July 12, 2017, in the Western District of Virginia, the defendant, MONTA ORLANDO JORDAN, a/k/a "Ghost," as a principal and as an aider and abettor, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being a Romarm/Cugir, model Mini Draco, 7.62 semi-automatic rifle and a German Sporting Guns, model GSG-522, .22 caliber semi-automatic rifle and ammunition, in and affecting interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1) and Title 18, United States Code, Section 2.

A True Bill this 26th day of June 2018.

/s/ Foreperson
FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY