IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.:  7:17-CR-00056 |
| v. | |
| MONTA ORLANDO JORDAN, et. al. | |

## NOTICE OF WITHDRAWAL

Jeb Terrien, Assistant United States Attorney, for the Western District of Virginia, hereby notes his withdrawal as counsel in this case for the United States of America.

    Respectfully submitted,
    DANIEL P. BUBAR
    ACTING UNITED STATES ATTORNEY

    /s/ Jeb T. Terrien
    JEB T. TERRIEN  (Virginia 41959)
    Assistant United States Attorney
    United States Attorney's Office
    255 West Main Street
    Charlottesville, Virginia 22902
    434-293-4283

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeb T. Terrien
JEB T. TERRIEN
Assistant United States Attorney